Wendy H. Schwartz (WS-1862)
Oliver Beiersdorf (OB-1421)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Glingrow Holding Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GLINGROW HOLDING, LTD., | |
| Plaintiff, | 08 Civ. 4211 |
| v. | **CORPORATE DISCLOSURE** |
| CAPITAMALL, LLC, | |
| Defendant. | |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Glingrow Holding Ltd., by and through its counsel, Reed Smith LLP, hereby states that it is not a subsidiary of a publicly held corporation and there are no publicly held corporations that own 10% or more of its stock.

Dated:   New York, New York
         May 2, 2008

REED SMITH LLP

By: _____
    Wendy H. Schwartz (WS-1862)
    Oliver Beiersdorf (OB 1421)
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
*Attorneys for Plaintiff*
*Glingrow Holding Ltd.*