Wendy H. Schwartz (WS-1862)
Oliver Beiersdorf (OB-1421)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
Attorneys for Plaintiff
Glingrow Holding Ltd.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05-02-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLINGROW HOLDING LTD,

        Plaintiff,

    v.

CAPITAMALL, LLC

        Defendant.

---

08 Civ. 4211 AKH

**ORDER APPOINTING
PROCESS SERVER**

Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P.4(c) appointing Oliver Beiersdorf or any partner, associate or employee of the firm of Reed Smith LLP or a licensed process server appointed by Oliver Beiersdorf who is over 18 years of age and not a party to this action, to serve an attachment and garnishment in this matter, and it appearing from the Declaration of Oliver Beiersdorf that such appointment will result in economies of time and expense,

NOW, on motion of Oliver Beiersdorf, associate of the firm of Reed Smith LLP, counsel for Plaintiffs, it is

ORDERED, that Oliver Beiersdorf, or any partner, associate or employee of the firm
of Reed Smith LLP or a licensed process server appointed by Oliver Beiersdorf who is over
18 years of age and not a party to this action, be and hereby is, appointed to serve Process of
Maritime Attachment and Garnishment, supplemental process and a copy of the Verified
Complaint on The Bank of New York, and/or Citibank N.A., and/or HSBC Bank USA, N.A.,
and/or JPMorganChase, and/or UBS AG, and/or Bank of America, N.A., and/or Standard
Chartered Bank, and/or Northern Trust Corporation, and/or American Express Bank, and/or
Credit Suisse First Boston, and/or Nordea Bank Denmark, and/or Belfolaise Bank, and/or
Australia and New Zealand Banking Group Limited, and/or Nordea Bank Finland Plc, and/or
Fortis Financial Services LLC, and/or Fortis (USA) Financial LLC, and/or ANZ (Delaware)
Inc., and/or Calyon Corporate and Investment Bank, and/or Bank of China, and/or Deutsche
Bank, and/or Danske Bank, and/or Barclays Bank, and/or Bangue Cantonale de Geneva,
and/or BNP Paribas, and or Commerce Bank and/or any other garnishees without limitation
that may be within this District.

Dated: 5 - 2 - 08
New York, New York

SO ORDERED:

_____
U.S.D.J.

2